Robert P. Blasco, Esq.
Hoffman & Blasco, LLC
9360 Glacier Hwy., Ste. 202
Juneau, AK 99801
(907) 586-3340
(907) 586-6818 (fax)
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JOSHUA CAMPBELL,

             Plaintiff,

v.

FCA US, LLC a/k/a FIAT
CHRYSLER AUTOMOBILES

             Defendant.

Case No.:_____

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Defendant FCA US, LLC a/k/a Fiat Chrysler Automobiles by and through their undersigned counsel, file their Notice of Removal pursuant to 28 USC § 1446(a), and states the following in support:

1. Plaintiff filed this action (1JU-17-00880CI) in the Superior Court for the State of Alaska, First Judicial District at Juneau, on or about September 19, 2017.

2. Defendant FCA US, LLC a/k/a Fiat Chrysler Automobiles was served with the Summons and Complaint by Certified Mail which was received on October 2, 2017.

3. Defendant FCA US, LLC a/k/a Fiat Chrysler Automobiles entered an Entry of Appearance in the State court action and a Demand for Jury Trial on October 12, 2017. Copies of all the pleadings filed in and any orders entered in the State Court are listed on the attached Index in chronological order and are attached hereto as Exhibits 1 through 4.

4. This Notice of Removal is being filed within thirty (30) days under Fed. R. Civ. P. 6 after receipt of the Summons and Complaint by the Defendant, and as such is timely pursuant to 28 USC § 1446(b).

5. This case is removable by the Defendant pursuant to 28 USC § 1441(a) as a civil action "of which the district courts of the United States have original jurisdiction."

6. This Court has original subject-matter jurisdiction in this case because Plaintiff's claim meet both the complete diversity and amount in controversy requirement of 28 USC § 1332 in that this is a civil action between citizens of different States, Defendants are not a citizen of the State of Alaska, and the amount in controversy is alleged to exceed $75,000.

7. Plaintiffs allege that they are Alaska residents of Juneau, AK. *See* Complaint ¶ 1.

8. Defendant is both incorporated in and organized under the laws of Delaware. Defendant's principal places of business is Auburn Hills, Michigan.

9. Contemporaneously herewith, written notice is being given to all adverse parties and to the Clerk of Superior Court for the State of Alaska, First Judicial District at

Juneau, that this Notice of Removal is being filed with this Honorable Court in accordance with 28 USC § 1336(d). (See attached Affidavit of Counsel).

**WHEREFORE**, Defendant, FCA US, LLC a/k/a Fiat Chrysler Automobiles requests that the entire above-titled State Court Action be removed from the Superior Court for the State of Alaska, First Judicial District at Juneau, to this Honorable Court for all further proceedings pursuant to D. Ak. L. R. 3.3(b)(1).

HOFFMAN & BLASCO, LLC

Dated: November 1, 2017

By: /s/ Robert P. Blasco
Robert P. Blasco, AK Bar #7710098
Hoffman & Blasco, LLC
9360 Glacier Hwy., Ste. 202
Juneau, AK 99801
Phone: (907) 586-3340
Fax: (907) 586-6818
rpblasco@hoffmanblasco.com
*Attorneys for Defendant FCA US, LLC a/k/a Fiat Chrysler Automobiles*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 1, 2017 a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served on the following parties of record via E-mail and U.S. First Class Mail:

Daniel I. Pace
Pace Law Offices
101 E 9th Ave., Ste 7A
Anchorage, AK 99501
Dan@Pacelawoffices.com

/s/ Robert P. Blasco
Robert P. Blasco