| | |
|---|---|
| 1 | Daniel I. Pace |
| | PACE LAW OFFICES |
| 2 | 101 E 9th Ave, Ste 7A |
| | Anchorage, AK 99501 |
| 3 | Telephone: (907) 222-4003 |
| | Facsimile: (907) 222-4006 |
| 4 | Dan@PACELAWOFFICES.com |
| 5 | ATTORNEY FOR PLAINTIFF |
| | Joshua Campbell |
| 6 | |

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

JOSHUA CAMPBELL,

      Plaintiff,

-vs-

FCA US, LLC a/k/a
FIAT CHRYSLER AUTOMOBILES,

      Defendant.

Case No. 3JU-17-_____CI

## COMPLAINT

COMES NOW the Plaintiff Joshua Campbell through his attorney, Daniel Pace of the Pace Law Offices, and alleges the following as his complaint:

### JURISDICTIONAL ALLEGATIONS

1.    At all times relevant herein, Plaintiff was a resident of Juneau, Alaska.

2.    At all times relevant herein, Defendant FCA US, LLC a/k/a Fiat Chrysler Automobiles was a limited liability company with its principal place of business in the

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax 907-222-4006
PaceLawOffices.com

Complaint
*Campbell v. FCA US, LLC*, Case No. 3AN-17-_____CI    Page 1 of 5

Exhibit 1
Case 1:17-cv-00012-JWS   Document 1-2   Filed 11/02/17   Page 1 of 5

1  State of Michigan selling and servicing motor vehicles in the State of Alaska through it

2  dealers and repairing agents.

3      3.      The Superior Court has jurisdiction over this action pursuant to AS 22.10.020

4  as Plaintiff are seeking a recovery of money damages in excess of $100,000.00, exclusive

5  of costs, interest, and attorney fees.

6      4.      Venue is proper in the First Judicial District pursuant to AS 22.10.030 and

7  Alaska Rule of Civil Procedure 3(c) as the claims arose in this district.

8                          **GENERAL ALLEGATIONS**

9      5.      Plaintiff   purchased   a   2016   Dodge   Grand   Caravan   VIN   #

10  2C4RDGBG5GR191851 ("Vehicle") from FCA US, LLC through its dealer for $27,435

11  on December 27, 2016.

12      6.      The Vehicle is a "motor vehicle" as defined in AS 45.45.360(6).

13      7.      The Vehicle came with an "express warranty" as defined in AS 45.45.360(3).

14      8.      Plaintiff accepted delivery of the Vehicle on December 27, 2016.

15      9.      After delivery of the Vehicle, Plaintiff discovered that the Vehicle had

16  multiple mechanical problems.

17      10.     Plaintiff reported the problems to Defendant.

18      11.     The Vehicle's problems were "nonconformities" that substantially impaired

19  the use and/or market value of the vehicle as defined in AS 45.45.360(7).

20      12.     Plaintiff was assured by Defendant and/or its agent that the nonconformities

21  would be repaired.

**PACE**
**LAW OFFICES**
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax: 907-222-4006
PaceLawOffices.com

Complaint
*Campbell v. FCA US, LLC*, Case No. 3AN-17-_____ CI                    Page 2 of 5

Exhibit 1
Case 1:17-cv-00012-JWS   Document 1-2   Filed 11/02/17   Page 2 of 5 of 5

13. Over time and within one year of the delivery date, the Vehicle continued to have the same and additional nonconformities arise.

14. Within one year of the delivery date, Defendant was unable to conform the Vehicle to the express warranty after a reasonable number of attempts pursuant to AS 45.45.320 because: (1) the same nonconformity has been subject to repair three or more times by the manufacturer, distributor, dealer, or repairing agent during the term of the express warranty or the one-year period after delivery of the Vehicle to the Plaintiff; and/or (2) the Vehicle was out of service for repair for a total of 30 or more business days during the express warranty term or the one year period after delivery of the Vehicle to Plaintiff.

15. On July 15, 2017, Plaintiff provided written notice by certified mail to Defendant and its repairing agent before 60 days had elapsed after the expiration of the express warranty term or within one year after delivery of the Vehicle to Plaintiff in compliance with AS 45.45.310 thereby demanding a replacement to be delivered on the 60th day after the mailing of the written notice in compliance.

16. To date, Defendant has failed to conform the Vehicle to the express warranty in contravention to AS 45.45.300.

17. To date, Defendant has failed to replace the Vehicle in contravention to AS 45.45.305.

18. Defendant's conduct is a presumed unfair trade practice under AS 45.50.471 pursuant to AS 45.45.330.

19. Defendant has intentionally, with reckless disregard, and/or negligently failed to timely conform the Vehicle to the express warranty.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax 907-222-4006
PACELAWOFFICES.COM

Complaint
*Campbell v. FCA US, LLC*, Case No. 3AN-17-_____ CI          Page 3 of 5

1      20.    Defendant's conduct has caused Plaintiff emotional distress and economic

2 damages.

### COUNT I
**Violation of Alaska's Unfair Trade Practice Act, AS 45.50.471**

21.    Previous paragraphs are incorporated herein.

22.    Defendant engaged in an unfair or deceptive act or practice when Defendant

failed to replace the Vehicle as required by AS 45.45.305.

23.    The act or practice occurred in the conduct of trade or commerce.

24.    Plaintiff suffered an ascertainable loss of money or property as a result of the

deceptive or unfair act or practice.

### COUNT II
**Violation of Alaska's Unfair Trade Practice Act, AS 45.50.471**

25.    Previous paragraphs are incorporated herein.

26.    Defendant engaged in an unfair or deceptive act or practice when Defendant

failed to make the necessary repairs to conform Plaintiff's vehicle to the express warranty.

27.    The act or practice occurred in the conduct of trade or commerce.

28.    Plaintiff suffered an ascertainable loss of money or property as a result of the

deceptive or unfair act or practice.

### COUNT III
**Violation of Magnuson-Moss Warranty Act, 15 U.S.C §§ 2301-2312**

29.    Previous paragraphs are incorporated herein.

30.    Plaintiff is a "consumer" within the meaning of Section 2301(3) of the Act.

Defendant is a "warrantor" within the meaning of Section 2301(5) of the Act.

**PACE**
**LAW OFFICES**
101 E 9th Ave, Ste 7A
ANCHORAGE, AK 99501
TEL: 907-222-4666
FAX: 907-222-4006
PACELAWOFFICES.COM

Complaint
*Campbell v. FCA US, LLC*, Case No. 3AN-17-_____ CI          Page 4 of 5

1    31.    Defendant expressly warranted the Vehicle, which warranty was a "written

2    warranty" within the meaning of Section 2310(6) of the Act.    Defendant breached its

3    express warranty in the manner described above.

4    32.    Plaintiff was damaged by Defendant's failure to comply with its obligations

5    under the applicable express warranty.

6                            **PRAYER FOR RELIEF**

7    Wherefore, the Plaintiff Joshua Campbell requests that he be awarded the following

8    relief:

9    1.    An award of special and general damages in an amount to be proven at trial.

10    2.    An award of statutory damages in an amount to be proven at trial.

11    3.    An award of prejudgment interest, post judgment interest, costs and up to and

12    including full reasonable attorney's fees incurred in bringing this action.

13    4.    An award of punitive damages based on the outrageous, wanton, willful, and

14    intentional conduct of Defendant.

15    5.    Any additional relief, including equitable relief, the Court deems appropriate

16    under the circumstances.

17

DATED this $\underline{9}$ day of September, 2017, at Anchorage, Alaska.

18

19                            **PACE LAW OFFICES**
                              Attorney for Plaintiff
                              Joshua Campbell
20

21

                              Daniel I. Pace
                              Alaska Bar No. 1305008

**PACE**
**LAW OFFICES**
101 E 9th Ave, Ste 7A
Anchorage, AK 99501      Complaint
Tel: 907-222-4003        *Campbell v. FCA US, LLC*, Case No. 3AN-17-_____ CI                    Page 5 of 5
Fax: 907-222-4008
PaceLawOffices.com